# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1161**                    **September Term, 2023**

**SEC-2023-64**

**Filed On:** March 21, 2024

John Doe,

       Petitioner

    v.

Securities and Exchange Commission,

       Respondent

### PETITION FOR REVIEW FROM AN ORDER OF THE SECURITIES AND EXCHANGE COMMISSION

**BEFORE:**    Henderson, Millett, and Walker, Circuit Judges

### J U D G M E N T

This petition for review of an order of the Securities and Exchange Commission ("SEC") was considered on the briefs and appendix filed by the parties. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the petition for review be denied. Petitioner has not shown that the SEC's May 26, 2023 order denying his whistleblower award application was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law. See 15 U.S.C. § 78u-6(f); 5 U.S.C. § 706(2). The declarations submitted by agency attorneys explain that the whistleblower information submitted by petitioner did not in any way assist or contribute to the covered action. Petitioner has provided no persuasive reason to question these assertions. See Doe v. SEC, 846 F. App'x 1, 4 (D.C. Cir. 2021).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam